UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 12-61578-CIV-DIMITROULEAS

MARIE CORINNE DOUDEAU,

    Plaintiff,

v.

TARGET CORPORATION, a Foreign
Corporation,

    Defendant.

_____/

## VERDICT FORM

We, the jury, return the following verdict:

1. Was there negligence on the part of Defendant, Target Corporation, which was a legal cause of injury to Plaintiff, Marie Corinne Doudeau?

    YES _____        NO __X__

If your answer to question 1 is NO, your verdict is for Defendant, Target Corporation, and you should not proceed further except to date and sign this verdict form and return it to the courtroom. If your answer to question 1 is YES, please answer question 2.

2. Was there negligence on the part of Plaintiff, Marie Corinne Doudeau, which was a legal cause of her injury?

    YES _____        NO _____

If your answer to question 2 is NO, skip question 3 and answer question 4. If your answer to question 2 is YES, please answer question 3.

3.  State the percentage of any negligence, which was a legal cause of injury to Plaintiff, Marie Corinne Doudeau, that you charge to:

    Defendant, Target Corporation          _____%

    Plaintiff, Marie Corinne Doudeau       _____%
                                           (Total must be 100%)

Please answer question 4.

4.  What is the amount of any damages sustained by the Plaintiff, Marie Corinne Doudeau, for medical expenses,

    a.  In the past?        $_____

Please answer question 5.

5.  What is the amount of any damages sustained by the Plaintiff, Marie Corinne Doudeau, for pain and suffering, disability, physical impairment, disfigurement, mental anguish, inconvenience, or loss of capacity for the enjoyment of life,

    a.  In the past?        $_____

    b.  In the future?      $_____

TOTAL DAMAGES of the Plaintiff, Marie Corinne Doudeau.

    Add lines 4(a) and 5(a) (b)    $_____

In determining the amount of damages, do not make any reduction because of the negligence, if any, of Plaintiff, Marie Corinne Doudeau. If you find that Plaintiff, Marie Corinne Doudeau was negligent, the court in entering judgment will make an appropriate reduction in the damages awarded.

SO SAY WE ALL, this  1st  day of  October , 2014.

_____
FOREPERSON

2