UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 12-61578-CIV-DIMITROULEAS/SNOW

MARIE CORINNE DOUDEAU,

    Plaintiff,

vs.

TARGET CORPORATION, a Foreign
Corporation,

    Defendant.
_____/

## FINAL JUDGMENT

THIS CAUSE is before the Court upon the Trial and Jury Verdict of October 1, 2014.

Accordingly, it is **ORDERED AND ADJUDGED** as follows:

1. Judgment is entered in favor of Defendant TARGET CORPORATION and against Plaintiff MARIE CORINNE DOUDEAU.

2. Plaintiff shall take nothing from Defendant from this action.

3. The Clerk shall **CLOSE** this case and **DENY** any pending motions as moot.

**DONE AND ORDERED** in Chambers at Fort Lauderdale, Broward County, Florida this 1st day of October, 2014.

*[signature]*

WILLIAM P. DIMITROULEAS
United States District Judge

Copies furnished to:
Counsel of Record