UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 12-61578-CIV-DIMITROULEAS

MARIE CORINNE DOUDEAU,

      Magistrate Judge Snow

    Plaintiff,

vs.

TARGET CORPORATION, a
foreign Corporation,

    Defendant.
_____/

## AMENDED FINAL JUDGMENT

THIS CAUSE is before the Court upon Defendant's Motion for Entry of Amended Final Judgment for Costs Pursuant to Order Adopting Report of Magistrate Judge [DE 101] Granting Defendant's Amended Motion for Taxation of Costs [DE 97], filed herein on December 8, 2014. The Court has carefully reviewed the Motion [DE 97] and is otherwise fully advised in the premises.

Accordingly, it is **ORDERED AND ADJUDGED** that judgment is hereby **ENTERED** in favor of Defendant and against Plaintiff in the amount of $6,491.33 for which sum let execution issue and upon which post-judgment interest shall accrue at the statutory rate from the date of this Order.

**DONE AND ORDERED** in Chambers at Fort Lauderdale, Broward County, Florida this 9th day of December, 2014.

WILLIAM P. DIMITROULEAS
United States District Judge

1

Copies furnished to:

Counsel of record